RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
MICHAEL W. MITCHELL, TEXAS STATE BAR NO. TX24037126
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

MAY 17 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY ALLEN DEARDURFF,<br><br>Defendant. | Case No. CR 22-107 N BLW<br><br>**INDICTMENT**<br><br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Possession with Intent to Distribute Fentanyl**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about February 14, 2022, in the District of Idaho, the Defendant, JEREMY ALLEN DEARDURFF, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT - 1

# CRIMINAL FORFEITURE ALLEGATION

## Drug Forfeiture
## 21 U.S.C. § 853

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, JEREMY ALLEN DEARDURFF, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

INDICTMENT - 2

  e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 17th day of May, 2022.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
By:

[signature]
_____
MICHAEL W. MITCHELL
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Jeremy Allen Deardurff** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Cody Herman | INTERPRETER: |
| Telephone No.: (208) 386-0937 | If YES, language: |
| AGENCY: NINE Task Force | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: CR 22-107 NBLW |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Kootenai** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | ONE | Possession with Intent to Distribute Fentanyl | Imprisonment: not more than 20 years; Fine: $1,000,000; Supervised Release: not less than 3 years; Special Assessment: $100 |
| 21 U.S.C. § 853 | CRIMINAL FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture |

Date: May 17, 2022        Assistant U.S. Attorney: MICHAEL W. MITCHELL
                          Telephone No.: (208) 667-6568

**U.S. COURTS**

MAY 17 2022

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO